IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

03 OCT 22 AM 10: 23

DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff   )<br>)<br>vs.   )<br>)<br>KELVIN L. KIMBLE,   )<br>)<br>Defendant   ) | CASE NO. CV03-HGD-0663-S<br><br>**ENTERED**<br>OCT 2 2 2003 |

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of plaintiff, supported by affidavit, for Judgment by Default in favor of plaintiff and against defendant pursuant to Rule 55, Fed.R.Civ.P., the Court makes the following findings and conclusions:

1. The Summons and Complaint were served on defendant on August 27, 2003. Defendant has failed to appear, plead or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to plaintiff in the principal sum of $9,405.48, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and accrued interest of $499.77 through October 7, 2003, at the rate of 3.812 percent per



annum until the date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.

4.  Plaintiff is due to recover from defendant the total sum of $10,055.25, plus interest from October 7, 2003, until the date of judgment at the rate of 3.812 percent per annum, and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

DONE this 21st day of October, 2003.

_____
Chief United States District Judge
U. W. Clemon